UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
ACCESS 4 ALL, INC., a Florida Non-     :     15cv8600(DLC)
Profit Corporation and NELSON M.       :
STERN, Individually,                   :     ORDER OF
                                       :     DISCONTINUANCE
                        Plaintiffs,    :
                                       :
            -v-                        :
                                       :
TIMES SQUARE HOSPITALITY I, LLC, a     :
Delaware Limited Liability Company,    :
                                       :
                        Defendant.     :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    IT IS FURTHER ORDERED that the conference scheduled for March 4, 2016 is adjourned.

Dated:   New York, New York
         February 16, 2016

                                    _____
                                           DENISE COTE
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/2016