**EXHIBIT A**

IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2016
```

---

ACCESS 4 ALL, INC., a Florida Non-Profit
Corporation, and NELSON M. STERN,
Individually,

    Plaintiffs,

vs.

TIMES SQUARE HOSPITALITY I, LLC,
a Delaware Limited Liability Company,

    Defendant.

_____/

Case No. 1:15-cv-08600- DLC

ECF CASE

**STIPULATION AND ORDER OF**
**<u>DISMISSAL WITH PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the Complaint in this matter against Defendant Times Square Hospitality I, LLC is withdrawn and the action shall be, and the same hereby is, dismissed in its entirety with prejudice, and without fees or costs to any party.

So ordered.

*/s/ Denise Cote*
2/19/16

By: *[signature]*
Nelson M. Stern, Esq.
Nelson M. Stern Attorney At Law
Co-Counsel for Plaintiff Access 4 All, Inc.
115 East 87th St., Suite 7C
New York, NY 10128
Telephone: (917) 774-1330
scooterlawyer@aol.com

By: *[signature]*
Lawrence A. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
lfuller@fullerfuller.com

*Attorneys for Plaintiffs*

Dated: Feb. 16, 2016

By: *[signature]*
Allan H. Weitzman, Esq.
Proskauer Rose LLP
2255 Glades Rd, Suite 421 Atrium
Boca Raton, FL 33431
Telephone: (561) 241-7400
aweitzman@proskauer.com

Laura M. Fa nt, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036
Telephone: (212) 969-3631
lfant@proskauer.com

*Attorneys for Defendant*

Dated: Feb. 19, 2016

SO ORDERED:

Dated: _____, 2016

_____
The Honorable Denise L. Cote
United States District Judge